Jody L. Buzicky, #020122
Buzicky@poliball.com
POLI & BALL, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

Attorney for Defendant Argent Mortgage Company, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA, TUCSON DIVISION**

| | |
|---|---|
| In re ANTHONY TARANTOLA,<br><br>Debtor.<br>_____<br>ANTHONY TARANTOLA,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE IN TRUST FOR THE CERTIFICATEHOLDERS FOR ARGENT SECURITIES INC., ASSET-BACKED-PASS-THROUGH CERTIFICATES, SERIES 2004-W8; and ARGENT MORTGAGE COMPANY, L.L.C.,<br><br>Defendants. | **CHAPTER 13**<br><br>Adversary No.: 11-ap-00088-EWH<br><br>Case No.: 09-9703-TUC-EWH<br><br>**NOTICE OF HEARING ON DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S MOTION TO DISMISS**<br><br>Hearing Date: May 17, 2011<br>Hearing Time: 3:00 p.m.<br>Location: 38 S. Scott Avenue, Courtroom 430, Tucson, Arizona |

**NOTICE IS HEREBY GIVEN** that a hearing will take place on May 17, 2011, at 3:00 p.m. at the United States Bankruptcy Court, 38 S. Scott Avenue, Courtroom 430, Tucson, Arizona, on Defendant Argent Mortgage Company, LLC's Motion to Dismiss filed on February 23, 2011 [DE #11].

/ / /

/ / /

RESPECTFULLY SUBMITTED this 28th day of March, 2011.

POLI & BALL, P.L.C.

By */s/ Jody L. Buzicky*
Michael N. Poli
Jody L. Buzicky
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Attorneys for Defendant Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28th day of March, 2011, to:

Ronald Ryan
1413 E. Hedrick Drive
Tucson, Arizona 85710
*Attorney for Plaintiff*

Robert J. Miller
Kyle S. Hirsch
BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
*Attorneys for Defendant Deutsche Bank National Trust Company*

Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003

By */s/ Vicki L. Morgan*
Employee of Poli & Ball, PLC